IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 17-00093 WHA |
| Plaintiff, | |
| v. | **ORDER RE USE OF DIGITAL TABLET IN CUSTODY** |
| CRAIG MARSHALL, | |
| Defendant. | |

On September 15, the Court received an *ex parte* request that defendant Craig Marshall be permitted to use a digital tablet to review discovery while in custody (Dkt. No. 55). The Court is inclined to grant the request. If the government has any objection, it shall inform the Court by Friday, September 22.

**IT IS SO ORDERED.**

Dated: September 19, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE